# In the United States Court of Federal Claims

No. 20-852C
(Filed: October 6, 2020)

|  |  |
|---|---|
| **AULTCARE INSURANCE COMPANY,** | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

    Pursuant to the Stipulation for Entry of Judgment (ECF 6) filed by the parties on October 5, 2020, the Clerk is **DIRECTED** to enter judgment for the plaintiff on Count I of the Complaint in the amount of $683,507.12 in full satisfaction of the plaintiff's claim against the defendant.

    Counts II and III of the Complaint are **DISMISSED** with prejudice.

    The Clerk is **DIRECTED** to close the case upon entry of the final judgment.

    It is so **ORDERED**.

s/ Richard A. Hertling<br>
**Richard A. Hertling**<br>
**Judge**